Dwight M. Samuel
117 J Street
Suite 202
Sacramento, California 95814
916 447 1193
dwightsamuelatty@yahoo.com
Attorney for defendant Michael William McGibbon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WILLIAM MCGIBBON,<br><br>Defendant | Case No.: 2:15-cr-00131 TLN<br><br>STIPULATION REGARDING<br><br>CONTINUANCE OF SENTENCING;<br><br>ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 14, 2017.

2. By this stipulation, the parties now move to continue sentencing until March 22, 2018, and to set the following briefing schedule regarding the presentence report:

a) Reply, or Statement of Non-Opposition on or before March 15, 2018;

STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER - 1

b) Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than March 1, 2018;

c) The final Presentence Report shall be filed with the Court and disclosed to counsel no later than February 22, 2018; and

d) Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than February 8, 2018.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

Probation has been notified and is in agreement of these new times and dates.

IT IS SO STIPULATED.

Dated: November 14, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 17th day of November, 2017.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER - 2