Dwight M. Samuel
117 J Street
Suite 202
Sacramento, California 95814
916 447 1193
dwightsamuelatty@yahoo.com
Attorney for defendant Michael William Mc Gibbon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WILLIAM MCGIBBON,<br><br>Defendant | Case No.: 2:15-cr-00131 TLN<br><br>STIPULATION REGARDING<br><br>CONTINUANCE OF SENTENCING;<br><br>ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 22, 2018.

2. By this stipulation, the parties now move to continue sentencing until May 24, 2018, at 9:30 a.m.

STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER - 1

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

Probation has been notified and is in agreement of these new times and dates.

IT IS SO STIPULATED.                PHILLIP A. TALBERT
                                    United States Attorney
Dated: March 15, 2018

                                    ____/s/ Samuel Wong
                                    SAMUEL WONG
                                    Assistant United States Attorney

                                    _____/s/_____
                                    DWIGHT M SAMUEL
                                    Attorney for Michael Mc Gibbon

**ORDER**

IT IS SO ORDERED this 19th day of March, 2018.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER - 2